**DIEMER & WEI, LLP**

Kathryn S. Diemer (SBN 133977)
Alex Lewicki (SBN 323639)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com
       alewicki@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| | Adversary Proceeding No. 19-03053 |
| Debtors. | **STIPULATION RE: DEADLINE TO FILE RESPONSE TO ADVERSARY COMPLAINT** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No Hearing Requested] |
| *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |
| **THE OFFICIAL COMMITTEE OF TORT CLAIMANTS,** | |
| Plaintiff, | |

v.

**THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS,**

Defendant.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Official Committee of Tort Claimants (the "TCC") and the Ad Hoc Group of Subrogation Claim Holders (the "Ad Hoc Subrogation Group" and, together with the TCC, the "Parties"), hereby reach the following stipulation as to the deadline for the Ad Hoc Subrogation Group's response to the TCC's Adversary Complaint in the above captioned case.

## **STIPULATION**

WHEREAS on November 08, 2019, the TCC filed a Complaint for Declaratory Judgement Subordinating and Disallowing Claims and for an Accounting, [Dkt. 1] (the "TCC Complaint") against the Ad Hoc Subrogation Group in this Court;

WHEREAS on November 12, 2019, this Court issued a Summons and Notice of Scheduling Conference In an Adversary Proceeding [Dkt. 2] (the "Summons"), requiring the Ad Hoc Subrogation Group to file a motion or answer the TCC Complaint within 30 days of issuance of the summons;

WHEREAS 30 days from the issuance of Summons is December 12, 2019 (the Response Deadline);

WHEREAS the Ad Hoc Subrogation Group has requested that the Response Deadline be extended until December 19, 2019, and the TCC has agreed to such an extension;

THEREFORE the parties agree as follows:

**1.** The Parties agree to extend the Response Deadline to December 19, 2019.

So stipulated:

| | | |
|---|---|---|
| 1 | Dated: December 10, 2019 | **WILLKIE FARR & GALLAGHER LLP** |
| 2 | | /s/ *Benjamin P. McCallen* |
| | | Matthew A. Feldman (*pro hac vice*) |
| 3 | | Joseph G. Minias (*pro hac vice*) |
| 4 | | Benjamin P. McCallen (*pro hac vice*) |
| | | Joseph G. Davis |
| 5 | | Antonio Yanez, Jr. (*pro hac vice*) |
| | | 787 Seventh Avenue |
| 6 | | New York, NY 10019-6099 |
| 7 | | Telephone: (212) 728-8000 |
| | | Facsimile: (212) 728-8111 |
| 8 | | Email: mfeldman@willkie.com |
| | | jminias@willkie.com |
| 9 | | bmccallen@willkie.com |
| | | jdavis@willkie.com |
| 10 | | ayanez@willkie.com |
| 11 | | |
| 12 | | **DIEMER & WEI, LLP** |
| | | Kathryn S. Diemer (SBN 133977) |
| 13 | | Alex Lewicki (SBN 323639) |
| | | 100 West San Fernando Street, Suite 555 |
| 14 | | San Jose, CA 95113 |
| | | Telephone: (408) 971-6270 |
| 15 | | Facsimile: (408) 971-6271 |
| | | Email: kdiemer@diemerwei.com |
| 16 | | alewicki@diemerwei.com |
| 17 | | |
| | | *Counsel for Ad Hoc Group of Subrogation Claim Holders* |
| 18 | | |
| 19 | Dated: December 10, 2019 | **BAKER & HOSTETLER LLP** |
| 20 | | /s/ *Robert A. Julian* |
| | | Kimberly S. Morris (SBN 249933) |
| 21 | | Cecily A. Dumas (SBN 111449) |
| 22 | | Robert A. Julian (SBN 88469) |
| | | 1160 Battery Street, Suite 100 |
| 23 | | San Francisco, CA 94111 |
| | | Telephone: (628) 208-6434 |
| 24 | | Facsimile: (310) 820-8859 |
| | | Email: kmorris@bakerlaw.com |
| 25 | | Email: cdumas@bakerlaw.com |
| 26 | | Email: rjulian@bakerlaw.com |
| 27 | | Eric E. Sagerman (SBN 155496) |
| | | David J. Richardson (SBN 168592) |
| 28 | | Lauren T. Attard (SBN 320898) |
| | | BAKER & HOSTETLER LLP |

| | |
|---|---|
| 1 | 11601 Wilshire Blvd., Suite 1400 |
| 2 | Los Angeles, CA 90025-0509 |
| | Telephone: (310) 820-8800 |
| 3 | Facsimile: (310) 820-8859 |
| | Email: esagerman@bakerlaw.com |
| 4 | Email: drichardson@bakerlaw.com |
| | Email: lattard@bakerlaw.com |

*Counsel to the Official Committee of Tort Claimants*